```
     FILED          RECEIVED
     ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

            DEC - 1 2010

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
     BY:                    DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-290-RLH (PAL)<br>) |
| RONALD DEAN UDY, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On December 1, 2010, defendant RONALD DEAN UDY pled guilty to a One Count Criminal Indictment charging him with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that RONALD DEAN UDY shall pay a criminal forfeiture money judgment of $4,150,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . . .

. . . .

. . . .

. . . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD DEAN UDY a criminal forfeiture money judgment in the amount of $4,150,000.00 in United States Currency.

DATED this 1st day of December, 2010

_____
UNITED STATES DISTRICT JUDGE