UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>v.                              )<br>                                )<br>RONALD DEAN UDY,                )<br>                                )<br>                                )<br>          Defendant.           )<br>_____) | 2:10-cr-290-RLH-PAL<br><br>**O R D E R** |

On December 1, 2010, the Defendant appeared before this Court and entered a plea of guilty as to Count One as charged in the Indictment. The Defendant is currently held in custody by the State of Utah. Defense counsel requested the Defendant be held in federal custody pending sentencing.

Having entered a plea of guilty to the charge of Conspiracy to Commit Bank Fraud in this case, and currently serving a term of incarceration in relation to charges in a Utah action, **IT IS HEREBY ORDERED the Personal Recognizance Bond issued by this Court on June 21, 2010 [11] is revoked.**

**IT IS FURTHER ORDERED the defendant, RONALD DEAN UDY, shall be held in federal custody pending sentencing in this matter.**

DATED: December 1, 2010

_____
ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE