**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                            )<br>              Plaintiff,                            )<br>                                                            )<br>       v.                                                )<br>                                                            )<br>RONALD DEAN UDY,                       )<br>                                                            )<br>              Defendant.                         ) | 2:10-CR-290-RLH (PAL) |

**AMENDED ORDER OF FORFEITURE**

This Court found on December 2, 2010, that RONALD DEAN UDY shall pay a criminal forfeiture money judgment of $4,150,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #36.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD DEAN UDY a criminal forfeiture money judgment in the amount of $4,150,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this  21st  day of  July , 2011.

_____
UNITED STATES DISTRICT JUDGE